UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

CRIMINAL ACTION NO. 03-57

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.                                              **ORDER**

FRANCIE FISHER                                                                             DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter is before the court on the Magistrate Judge's Report and Recommendation regarding the above-referenced Defendant. No objections have been filed.

WHEREFORE, the Report and Recommendation [R. 22] is hereby adopted as the opinion and order of this Court.

Dated this 15th day of August, 2005.

Signed By:

*Karen K. Caldwell*   KKC

**United States District Judge**