UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

CRIMINAL ACTION NO. 03-57

UNITED STATES OF AMERICA                                                    PLAINTIFF


VS.                                            **ORDER**


FRANCIE FISHER                                                              DEFENDANT

* * * * * * * * *

　　　This matter is before the court on the Magistrate Judge's Report and Recommendation regarding the above-referenced Defendant. No objections have been filed.

　　　WHEREFORE, the Report and Recommendation [R. 32] is hereby adopted as the opinion and order of this Court.

　　　Dated this 4th day of January, 2006.


**Signed By:**

**_Karen K. Caldwell_**

**United States District Judge**